John Farson and Others, Plaintiffs, v. Croisic Realty Company, Respondent, Impleaded with Others.　Robert H. Montgomery, as Receiver, Appellant.— Appeal dismissed, with ten dollars costs and disbursements to respondent, payable by the appellant personally.　No opinion.　Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

John Farson and Another, Composing the Partnership, etc., as Committee, etc., and Another, Respondents, v. Croisic Realty Company, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements.　No opinion.　Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

In the Matter of the Judicial Settlement of the Account of Thomas B. Kent, as Testamentary Trustee, etc., of Thomas Rutter, Deceased, and the Account of Samuel Riker, Jr., as Trustee, etc., Respondents. Beatrice Rutter Moore, Appellant.— Appeal dismissed, with ten dollars costs and disbursements.　No opinion.　Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

Samuel Berman, Appellant, v. Bernard L. Miller, Respondent.— Order affirmed, with ten dollars costs and disbursements.　No opinion.　Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

Rose Pector, Appellant, v. J. Oscar Delamater, Respondent.— Order modified as stated in order and as so modified affirmed, without costs. No opinion.　Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

Samuel Joseph, Respondent, v. Harry Joseph and Another, Appellants. — Order affirmed, with ten dollars costs and disbursements.　No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

Morris Kraus, an Infant, etc., Respondent, v. Queens County Water Company, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements, the date for the examination to proceed to be fixed in the order.　No opinion.　Order to be settled on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

Hazel B. Pirie, Appellant, v. Allan H. Pirie, Respondent.— Order reversed, with ten dollars costs and disbursements to appellant, and motion granted to the extent stated in order.　No opinion.　Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

Charles E. Quincey and Another, as Executors, etc., Respondents, v. Joseph H. Emery, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted to extent stated in order.　No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

Sophie Lembert, an Infant, etc., Respondent, v. South Brooklyn Railway Company, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements.　No opinion.　Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

Annie Belleville Hunter, Appellant, v. Frederick William Hunter, Respondent.— Order affirmed.　No opinion.　Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

United States Press Association, Respondent, v. Frank Presbrey Company, Appellant. — Order reversed, and motion granted to the extent of